[Nos. 50193-3-I; 50194-1-I; Division One. January 21, 2003.]
50195-0-I.

THE STATE OF WASHINGTON, *Respondent,* v. TERRENCE LONNELL MORGAN, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 01-1-02857-6, Philip G. Hubbard, Jr., J., entered February 22, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50202-6-I. Division One. January 21, 2003.]

HAIM SKUBATCH, ET AL., *Appellants,* v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-28113-7, Catherine D. Shaffer, J., entered February 22, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, A.C.J., and Schindler, J.

[No. 50209-3-I. Division One. January 21, 2003.]

*In the Matter of the Marriage of* JOSETTE W. FRASE-CHAMPLIN, *Respondent,* and WILLIAM ROYAL CHAMPLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-3-02915-4, Joseph A. Thibodeau, J., entered March 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50294-8-I. Division One. January 21, 2003.]

MOLLY FICKLE McCALIB, *Respondent,* v. THE DEPARTMENT OF LICENSING, *Petitioner.*

Appeal from a judgment of the Superior Court for Skagit County, No. 01-2-01028-2, Susan K. Cook, J., entered March 28, 2002. *Reversed* by unpublished per curiam opinion.